UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Number: |
| | : | |
| | : | VIOLATION: |
| v. | : | |
| | : | Count One: |
| | : | 18 U.S.C. § 371 |
| | : | (Conspiracy) |
| **JOSEPH FOLEY,** | : | |
| | : | |
| **Defendant** | : | |

INFORMATION

The United States charges that:

COUNT ONE

18 U.S.C. § 371 - Conspiracy

GENERAL ALLEGATIONS

Unless specified otherwise, at all relevant times:

1.      Beginning on or about January 1, 2000, through on or about May 31, 2002, within the District of Columbia, and elsewhere, the defendant,

**JOSEPH FOLEY**

did knowingly and intentionally conspire and agree with others to deliver and cause to be delivered through interstate wires false and misleading and knowingly inaccurate reports concerning market information and conditions that tended to affect the price of natural gas, a commodity in interstate commerce, contrary to Title 7, United States Code, Section 13(a)(2).

## PURPOSE OF THE CONSPIRACY

2. It was a purpose of the conspiracy for the defendant **JOSEPH FOLEY** and others to report false natural gas trading information to market pricing indices in order to benefit his own trading positions and those of his employer, American Electric Power Energy Services ("AEPES").

## MANNER AND MEANS

3. The defendant **JOSEPH FOLEY** and others carried out the conspiracy through the following manner and means:

    a. As a trader of natural gas for AEPES and supervisor of the Gulf Desk, the defendant **JOSEPH FOLEY** would direct others to report fictitious natural gas trades supposedly negotiated during the last trading days of each month by AEPES' Gulf Desk to the industry publication *Inside FERC* for its use in calculating natural gas pricing indices.

    b. The defendant **JOSEPH FOLEY** and others would report or cause to be reported fictitious trades to *IFERC* to skew the published index prices in a direction that would result in a benefit to AEPES or the Gulf Desk's natural gas positions.

## OVERT ACTS

4. In furtherance of the conspiracy and to achieve its purposes, the defendant **JOSEPH FOLEY** and others committed the following overt act, among others, in the District of Columbia and elsewhere:

On or about March 31, 2002, the defendant **JOSEPH FOLEY** and others caused a spreadsheet that contained false and manipulated natural gas trading data to be sent via interstate wire from AEPES' offices in Columbus, Ohio to *Inside FERC*'s offices in Washington, D.C., for inclusion in the *IFERC Report*'s First of the Month April 2002 report.

All in violation of Title 18, United States Code, Section 371.

STEVEN A. TYRRELL
Acting Chief, Fraud Section

Date: 3-15-07

Robertson Park, Assistant Chief
Amanda Riedel, Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section