IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
:
        Plaintiff, :
: Criminal Number 07-062
v. :
: Judge John D. Bates
JOSEPH FOLEY, :
:
        Defendant. :

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

COMES NOW Scott D. Michel, a member in good standing of the bar of this Court, and, pursuant to Rule LCrR 44.1 of the United States District Court for the District of Columbia, moves this Honorable Court to allow the admission *pro hac vice* of Terrence A. Grady as counsel for Joseph Foley. As grounds in support of this motion, I state that:

(1)    Mr. Grady's office address is:

    Terrence A. Grady & Associates Co., L.P.A.
    100 East Broad Street, Suite 2310
    Columbus, Ohio 43215
    614-849-0378

(2)    Mr. Grady is an active member in good standing of the Ohio State Bar and has been admitted to practice before the United States District Courts for the Southern and Northern Districts of Ohio and the Western District of New York, the United States Court of Appeals for the Sixth Circuit, the United States Tax Court, the United States Court of Claims, and the United States Supreme Court.

(3)    Mr. Grady has not been disciplined by any bar.

(4)    Mr. Grady has not been admitted *pro hac vice* to this Court within the past two years.

Respectfully submitted,

*/s/ Scott D. Michel*

Scott D. Michel
CAPLIN & DRYSDALE
1 Thomas Circle N.W.
Washington, D.C. 20005
(202) 862-5030
sdm@capdale.com

## CERTIFICATE OF SERVICE

I, Scott D. Michel, hereby certify that a true copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was served via hand delivery on the following counsel for the government:

>Robertson T. Park, Esq.
>Senior Litigation Counsel
>Fraud Section
>Criminal Division
>United States Department of Justice
>1400 New York Ave. NW
>Washington, D.C. 20005

*/s/ Scott D. Michel*
Scott D. Michel

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | Criminal No. 07-062 |
| v. : | |
| : | Judge John D. Bates |
| JOSEPH FOLEY, : | |
| : | |
| Defendant. : | |

### DECLARATION OF NON-MEMBER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

STATE OF OHIO          :
COUNTY OF FRANKLIN :

I, Terrence A. Grady, pursuant to Rule LCrR 44.1(d) of the United States District Court for the District of Columbia and in support of the accompanying Motion to Admit Counsel *Pro Hac Vice*, by my signature below, hereby declares as follows:

1. My office address and telephone number are as follows:

   Terrence A. Grady & Associates Co., LPA
   100 East Broad Street, Suite 2310
   Columbus, Ohio 43215
   Phone: (614) 849-0378
   Facsimile: (614) 849-0379

2. I am an attorney licensed in the State of Ohio since 1982. I am an active member in good standing in the Ohio State Bar, and I have been admitted to practice in the following courts:

   Supreme Court of Ohio, November 15, 1982;
   U.S. District Court, Southern District of Ohio, July 3, 1984, Northern District of Ohio, June 2006;
   United States Tax Court, December 28, 1983;

      United States Supreme Court, October 19, 1987;
      U.S. Court of Appeals for the Sixth Circuit, February 8, 1995;
      United States Court of Federal Claims, September 9, 1997;
      U.S. District Court, Western District of New York, December 2006.

3.    I certify that I have not been disciplined by any bar.

4.    I have not been admitted pro hac vice in this Court within the last two years. I do not engage in the practice of law from an office located in the District of Columbia and I am not a member of the District of Columbia bar, nor have I submitted an application pending membership.

                        Terrence A. Grady

**BE IT REMEMBERED**, on this 14th day of March, 2007, before me, the subscriber, a Notary Public in and for the said county, personally appeared the above-named Terrence A. Grady, and acknowledged the signing of the foregoing Affidavit to be his voluntary act and deed.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed my seal on this day and year last aforesaid.

                    Notary Public

Cheryl L. Saul
Notary Public, State of Ohio
My Commission Expires 02-05-2012

2