UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Cr. No. 07-62 |
| v. : | |
| : | |
| **JOSEPH FOLEY** : | |
| : | |
| **Defendant** : | |

NOTICE OF PROPOSED BOOKING ORDER

    The United States, through its counsel, Amanda L. Riedel, trial attorney, hereby submits notice of a proposed booking order in the above captioned case.

                                      Respectfully submitted,

                                      STEVEN A. TYRELL
                                    Chief, Fraud Section

        By: _____
              AMANDA L. RIEDEL
              Trial Attorney
              Fraud Section, Criminal Division
              United States Department of Justice
              Tel: 202-514-0930