# United States District Court
## for the District of Columbia

___

UNITED STATES OF AMERICA

V.

Case No. CR-07-062-01

JOSEPH P. FOLEY

### O R D E R

Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is this <u>24th</u> day of <u>April, 2007</u> ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on <u>April 24, 2007</u> By <u>FBI SPECIAL AGENT FELIX LOSTRACCO</u> to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to <u>FBI Washington Field Office, 601 4th Street, N.W. Washington, D.C. 20535</u> for "routine processing," and that this be a condition of being released on bond:

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __ <u>N/A</u> for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge John D. Bates