UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No. 07-62 |
| | ) | |
| | ) | |
| JOSEPH FOLEY | ) | |

**FILED**
APR 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF INDICTMENT

I, **JOSEPH FOLEY**, the above-name defendant, who is accused of

Conspiracy
18 USC 371

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on **April 24, 2007** prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____    Date: _April 24, 2007_
Judge John D. Bates