**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | Case No. 07-062 |
| v. : | |
| : | Judge John D. Bates |
| JOSEPH FOLEY, : | |
| : | |
| Defendant. : | |

**DEFENDANT JOSEPH FOLEY'S MOTION SEEKING AUTHORIZATION TO TRAVEL OUT OF JUDICIAL DISTRICT FOR EMPLOYMENT PURPOSES**

NOW COMES Defendant Joseph Foley, by and through counsel, to seek authorization from the Court to periodically (twice monthly) travel just outside of his judicial district for employment purposes. Mr. Foley resides near Chicago, Illinois. Pursuant to the Court's directive set forth in paragraph 7 (page 4) of the July 9, 2007 Judgment in a Criminal Case, supervision of this case was to transferred to the U.S. Probation Office in the Northern District of Illinois but jurisdiction of the case was to remain with this Court. Mr. Foley's probation officer, Mr. Jay Nichols, in the Northern District of Illinois, does not oppose this request. However, Mr. Nichols indicated that it is his office's policy that travel outside of the judicial district must be authorized by the Court.

On July 6, 2007, the Court sentenced Mr. Foley to six month incarceration, three years supervised release upon release from imprisonment, a $100 special assessment, and a fine of $25,000. As a special provision of supervised release, the first ten (10) months are to be served as home confinement via electronic monitoring. On September 13, 2007,

Mr. Foley reported to federal prison camp in Duluth, Minnesota and served his six months incarceration without incident and was released on March 10, 2008. He paid the special assessment and the fine that was imposed and is in full compliance with the terms of his supervised release.

Very fortunately, upon his release from incarceration, Mr. Foley was able to immediately resume his employment with his employer, the Chicago & Illinois River Marketing Company. He is a commodity trading manager in charge of marketing grains internationally and domestically for grain elevators located in Chicago, Illinois and Milwaukee, Wisconsin.

Beginning on April 14, 2008, Mr. Foley started his ten (10) months of home confinement via electronic monitoring. As part of the conditions of his home confinement, he is allowed to work at his employer's offices in Chicago. He must be home when he is not at work. His probation officer is Mr. Jay Nichols, Senior U.S. Probation Officer, U.S. District Court, Northern District of Illinois, 801 Warrenville Road, Suite 75, Lisle, Illinois 60532 (telephone number 630-663-1083).

Mr. Foley's primary job duties and responsibilities are performed in the Company's Chicago office. However, the Company also services a grain elevator in Milwaukee, Wisconsin. This location is approximately forty (40) miles outside of the judicial district for the northern district of Illinois. As part of his job responsibilities and duties, his employer is desirous of Mr. Foley traveling to its grain elevator located in Milwaukee, Wisconsin up to twice a month. The purpose of this is for Mr. Foley to visit the grain elevators on site. Such visits include trading meetings with facility and operations managers and routine observation of rail and vessel grain loadings. These

trips would be exclusively day-only trips without any disruption of the agreed upon work schedule currently in place with the probation officer. If authorized, Mr. Foley would provide advance notice and seek approval for the day-trip from his Probation Officer.

Mr. Foley respectfully requests that the Court authorize his travel out of the Northern Judicial District of Illinois to Milwaukee, Wisconsin up to two times per month in furtherance of his employment responsibilities.

A proposed Order authorizing this travel is appended hereto.

> Respectfully submitted,
>
> s/ Terrence A. Grady
> Terrence A. Grady (0020845)
> Terrence A. Grady and Associates Co., L.P.A.
> 100 East Broad Street, Suite 2310
> Columbus, Ohio  43215
> Phone:  (614) 849-0378
> Facsimile:  (614) 849-0379
> Email:  tgrady@tgradylaw.com
> Attorney for Defendant Joseph Foley

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Defendant Foley's Motion Seeking Authorization to Travel Out of the Judicial District for Employment Purposes has been served upon Robertson T. Park, Esq., Senior Litigation Counsel, and Amanda Riedel, Esq., Fraud Section, Criminal Division, United States Department of Justice, 1400 New York Ave. NW, Washington, D.C.  20005, electronically, and has been sent to Jay Nichols, Senior U.S. Probation Officer, U.S. District Court, Northern District of Illinois, 801 Warrenville Road, Suite 75, Lisle, Illinois 60532 (telephone number 630-663-1083) via email at Jay-Nichols@ilnp.uscourts.gov , this 9th day of June, 2008.

                                                  s/ Terrence A. Grady
                                                  Terrence A. Grady  (0020845)
                                                  Attorneys for Defendant Joseph Foley

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | Case No. 07-062 |
| v. : | |
| : | Judge John D. Bates |
| JOSEPH FOLEY, : | |
| : | |
| Defendant. : | |

## **ORDER**

The Court hereby authorizes Mr. Joseph Foley's travel outside the Northern District of Illinois to Milwaukee, Wisconsin up to two times per month in fulfillment of his employment responsibilities. Such travel shall consent of day only trips without any disruption or extension of the currently agreed upon work schedule currently in place with his Probation Officer. As a further condition, Mr. Foley shall notify his Probation Officer in advance of this travel and obtain his permission for the travel.

IT IS SO ORDERED.

_____
Judge John D. Bates
U.S. District Court Judge
District of Columbia