IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | Case No. 07-062 |
| v. | : | |
| | : | Judge John D. Bates |
| JOSEPH FOLEY, | : | |
| Defendant. | : | |

**FILED**
JUN 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

The Court hereby authorizes Mr. Joseph Foley's travel outside the Northern District of Illinois to Milwaukee, Wisconsin up to two times per month in fulfillment of his employment responsibilities. Such travel shall consist of day only trips without any disruption or extension of the currently agreed upon work schedule currently in place with his Probation Officer. As a further condition, Mr. Foley shall notify his Probation Officer in advance of this travel and obtain his permission for the travel.

IT IS SO ORDERED.

Dated: June 9, 2008

Judge John D. Bates
U.S. District Court Judge
District of Columbia